JOHN G. MADSEN, ESQ. (CA Bar No.: 181834)
LIEBMAN, QUIGLEY & SHEPPARD
A Professional Law Corporation
1010 Second Avenue, Suite 2300
San Diego, CA 92101-4999
Tel: (619) 232-0777 / Fax: (619) 238-5442
Email: jmadsen@lqss.com

Attorneys for Plaintiff, MARCIA GREENER

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA GREENER,<br><br>    Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, INC. and DOES 1-10, inclusive<br><br>    Defendants. | Case No. '16CV1929 CAB KSC<br><br>**COMPLAINT FOR NEGLIGENCE, JURY DEMAND**<br><br>(28 U.S.C. § 1332; Diversity of Citizenship |

Plaintiff, MARCIA GREENER, alleges and states as follows:

1. Plaintiff, MARCIA GREENER, is, and at all times herein mentioned, was a resident of the County of San Diego, State of California.

2. Defendant, MGM RESORTS INTERNATIONAL, INC., is, and was all times herein mentioned, a Delaware Corporation doing business in the City of Las Vegas, County of Clark, and State of Nevada, including, but not limited to the subject premises, The Bellagio Hotel & Casino, located at 3600 South Las Vegas Blvd in Las Vegas, Nevada, where the subject incident occurred.

3. Defendants, and each of them, breached their duty to Plaintiff, in failing to act reasonably, and with due care, in keeping, maintaining, operating and controlling the subject premises in a reasonable and safe condition, which would not create a serious

danger to persons on the premises, including Plaintiff.

3. As a proximate result of the negligence and carelessness of Defendants, and each of them, and the resulting accident as above alleged, Plaintiff was injured in her health, strength and activity, sustaining severe injury to her body, all of which have caused and continue to cause her mental and physical pain and suffering. Plaintiff is informed and believes, and on that basis alleges, that the injuries will result in some permanent disability to Plaintiff, all to her total damages in excess of $75,000, in specific amounts to be shown according to proof.

4. As a further proximate result of the negligence and carelessness of Defendants, and each of them, Plaintiff was required to employ, and continues to employ, physicians to examine, treat and care for her, and did and continues to incur medical and incidental expenses to be shown according to proof.

5. As a further proximate result of the negligence and carelessness of Defendants, and each of them, Plaintiff was prevented from attending to employment thereby incurring loss of earning capacity all to her further damages.

WHEREFORE, Plaintiff prays for judgment as follows:

1. For general damages according to proof;
2. For special damages for medical and incidental expenses according to proof;
3. For costs of suit herein incurred;
4. For pre-judgment interest as provided by law; and
5. For such other and further relief as the court may deem proper.

Dated: July 29, 2016

*LIEBMAN, QUIGLEY & SHEPPARD*
A Professional Law Corporation

By: _____
JOHN G. MADSEN, ESQ.
Attorneys for Defendant
MARCIA GREENER